COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-324-CV

 

IN RE CLIFTON DEWAYNE
HARVIN                                            RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that the petition should be
dismissed as moot.  Accordingly, relator=s
petition for writ of mandamus is dismissed as moot.

 

PER CURIAM

 

 

PANEL: 
DAUPHINOT, LIVINGSTON, and GARDNER, JJ. 

 

DELIVERED: 
October 7, 2009











     [1]See
Tex. R. App. P. 47.4.